UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Northern Division

ANNE ARUNDEL COUNTY,

    Plaintiff,

    v.

EXPRESS SCRIPTS, INC., et al.;

    Defendants.

Civil Action No. 1:24-cv-00090-MJM

## CERTAIN DEFENDANTS' MOTION FOR CERTIFICATION

Defendants Express Scripts, Inc.; Express Scripts Administrators, LLC; Medco Health Solutions, Inc.; ESI Mail Pharmacy Service, Inc.; Express Scripts Pharmacy, Inc.; OptumRx, Inc.;[1] Caremark PCS Health LLC; Caremark, LLC; CVS Pharmacy, Inc.; and Maryland CVS Pharmacy, L.L.C. by and through undersigned counsel, assuming this Court is not inclined to grant their motion to dismiss, Dkt. 56, move for the Court to certify the below proposed questions to the Supreme Court of Maryland:

### PROPOSED QUESTIONS

1.    Under Maryland's common law, can the licensed dispensing of, or the administration of benefits plans for, a medication approved by the U.S. Food and Drug Administration give rise to a claim for public nuisance?

2.    If so, what are the elements of such a public-nuisance claim, and what types of potential relief can a local government plaintiff seek when asserting such a claim?

Defendants' arguments in support of this Motion are fully set forth in the attached memorandum of law, which is incorporated herein by reference.

---

[1] Defendants OptumInsight, Inc. and OptumInsight Life Sciences, Inc. do not join this motion solely to preserve their jurisdictional defenses. *See* Dkts. 53, 54.

1

WHEREFORE, Defendants respectfully request that this Court grant their Motion and certify the proposed questions to the Supreme Court of Maryland.

Dated this 24th day of May, 2024.

FUNK AND BOLTON PA
 /s/ Bryan D. Bolton
Bryan D. Bolton (D. Md. Bar No. 02112)
100 Light Street, Suite 1400
Baltimore, MD 21202
T: 410-659-7700
F: 410-659-7773
bbolton@fblaw.com

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

Jonathan G. Cooper (D. Md. Bar No. 21345)
Christopher G. Michel (*pro hac vice*)
1300 I St. NW, Suite 900
Washington, DC 20005
T: 202-538-6600
F: 202-538-6700
jonathancooper@quinnemanuel.com
christophermichel@quinnemanuel.com

*Attorneys for Defendants Express Scripts, Inc., Express Scripts Administrators, LLC, Medco Health Solutions, Inc., ESI Mail Pharmacy Service, Inc., and Express Scripts Pharmacy, Inc.*

ALSTON & BIRD LLP
 /s/ Brian D. Frey
Brian D. Frey (D. Md. Bar No. 17592)
Anne J. Martin (D. Md. Bar No. 21952)
950 F Street NW
Washington, DC 20004
T: 202-239-3300
F: 202-239-3333
brian.frey@alston.com
anne.martin@alston.com

Michael Kaeding (*pro hac vice*)
Matthew P. Hooker (*pro hac vice*)
Nicholas A. Young (*pro hac vice*)
555 Fayetteville Street, Suite 600
Raleigh, NC 27601
T: 919-862-2200
F: 919-862-2260
mike.kaeding@alston.com
matthew.hooker@alston.com
nick.young@alston.com

*Attorneys for Defendants OptumRx, Inc.*

ZUCKERMAN SPAEDER LLP
 /s/ Conor B. O'Croinin
Conor B. O'Croinin (D. Md. Bar No. 28099)
Samantha Miller (D. Md. Bar No. 21374)
100 E. Pratt Street, Suite 2440
Baltimore, MD 21202
T: 410-332-0444
F: 410-659-0436
cocroinin@zuckerman.com

Eric R. Delinsky (D. Md. Bar No. 17466)
Ezra B. Marcus (*pro hac vice*)

2

1800 M Street, N.W., 10th Floor
Washington, DC 20036
T: 202-778-1814
F: 202-822-8106
emarcus@zuckerman.com

*Attorneys for Caremark PCS Health, L.L.C.,*
*Caremark, L.L.C., Maryland CVS Pharmacy,*
*L.L.C., CVS Pharmacy, Inc.*