# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| | * | |
| **ANNE ARUNDEL COUNTY,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | **Civ. No.: MJM-24-90** |
| **v.** | * | |
| | * | |
| **EXPRESS SCRIPTS, INC.,** *et al.*, | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \*

## ORDER

Pursuant to the Maryland Uniform Certification of Questions Act, Md. Code Ann., Cts. & Jud. Proc. §§ 12-601, *et seq.*, and Maryland Rule 8-305, it is this  18th  day of February, 2025, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The United States District Court for the District of Maryland CERTIFIES the following questions to the Supreme Court of Maryland:

   - Under Maryland's common law, can the licensed dispensing of, or administration of benefit plans for, a controlled substance constitute an actionable public nuisance?

   - If so, what are the elements of such a public nuisance claim, and what types of potential relief can a local government plaintiff seek when asserting such a claim?

2. The answer to the above question would be determinative of an issue in the instant case, and, currently, no controlling appellate decision supplies such an answer.

3. In accordance with Md. Code Ann., Cts. § Jud. Proc. § 12-604, "The Supreme Court of Maryland . . . may reformulate a question of law certified to it."

1

4. In accordance with Md. Code Ann., Cts. § Jud. Proc. § 12-606, the facts below are "relevant to the question" and show "fully the nature of the controversy out of which the question arose":

   a. Plaintiff Anne Arundel County, Maryland ("the County"), a chartered county of the State of Maryland, brings this action against Express Scripts, Inc.; Express Scripts Administrators, LLC; Medco Health Solutions, Inc.; ESI Mail Pharmacy Service, Inc.; Express Scripts Pharmacy, Inc.; OptumRx, Inc.; CaremarkPCS Health L.L.C.; Maryland CVS Pharmacy L.L.C.; and CVS Pharmacy, Inc. (collectively, "Defendants"). ECF No. 5, ¶¶ 39–86.

   b. Each of the Defendants carries out services within the County as pharmacy benefit managers ("PBMs") or as mail-order pharmacies. *Id.* at ¶¶ 26, 109–11.

   c. The County's public nuisance claim arises out of Defendants' actions as to facilitate and encourage the use of opioids, allegedly flooding the market with opioids through their formulary and benefit management decisions. *Id.* at ¶¶ 167–235.

   d. The County originally filed its Complaint in the Circuit Court for Anne Arundel County, Maryland, before it was removed to this Court. *See* ECF Nos. 1 & 5.

   e. The parties disagree over whether Maryland's common law permits a party to bring a public nuisance claim in a circumstance such as this, where there is no allegation of interference with the use of property and where the claim is premised on the sale of a product. *See generally* ECF Nos. 56-1 at 7–19, 6 at 5–19, 76-1, 78.

5. Defendants shall be treated as the Appellants in the certification procedure. Plaintiff shall be treated as the Appellee.

2

6. Plaintiff and Defendants are each ORDERED to provide a check to the Clerk of this Court payable to the Clerk of the Supreme Court of Maryland in the amount of $30.50 for their respective halves of the filing fee for docketing regular appeals, pursuant to Maryland Rule 8-305(b), within seven (7) days of the date this Order is docketed.

7. Upon receipt of the filing fee referenced above, the Clerk of this Court SHALL transmit to the Supreme Court of Maryland, under the official seal of this Court, the original and seven copies of this Order, and seven copies of all other docket entries in this case, together with the filing fee.

8. The Clerk of this Court SHALL fulfill any request, upon notification, from the Clerk of Court for the Supreme Court of Maryland for all or part of the record in this matter.

9. The names and addresses of counsel of record are as follows:

   a. For Plaintiff Anne Arundel County, Maryland:

      - Gregory J Swain
        Anne Arundel County Office of Law
        2660 Riva Rd
        4th Floor
        Annapolis, MD 21401
        4102227888
        Fax: 4102227835
        Email: gregory.swain@aacounty.org

      - Hamilton Fisk Tyler
        Anne Arundel County Office of Law
        2660 Riva Rd Ste Fourth Fl
        Annapolis, MD 21401
        14102227888
        Fax: 14102227835
        Email: htyler@aacounty.org

      - David Ira Ackerman
        Motley Rice LLC
        401 9th Street NW
        Ste 630
        Washington, DC 20004

202-849-4962
Email: dackerman@motleyrice.com

- Elizabeth Smith
  Motley Rice LLC
  401 9th St. NW
  Suite 630
  Washington, DC 20004
  202-386-9627
  Email: esmith@motleyrice.com

- Frederick Curtis Baker
  Motley Rice LLC
  28 Bridgeside Blvd.
  Mt. Pleasant, SC 29464
  843-216-9186
  Email: fbaker@motleyrice.com

- Linda Singer
  Motley Rice, LLC
  401 9th Street, NW
  Suite 630
  Washington, DC 20004
  202-386-9626
  Fax: 202-386-9622
  Email: lsinger@motleyrice.com

b.  For Defendants:

- Jonathan Gordon Cooper
  Quinn Emanuel Urquhart & Sullivan LLP
  1300 I Street NW
  Suite 900
  Washington, DC 20005
  202-538-8000
  Email: jonathancooper@quinnemanuel.com

- Bryan D Bolton
  Funk and Bolton PA
  100 Light Street
  Suite 1400
  Baltimore, MD 21202
  14106597700
  Fax: 14106597773
  Email: bbolton@fblaw.com

- Christopher G. Michel
  Quinn Emanuel Urquhart Sullivan
  1300 I St NW, suite 900
  Washington, DC 20005
  202-538-8308
  Email: christophermichel@quinnemanuel.com

- Brian D Frey
  Alston & Bird LLP
  950 F Street NW
  Washington, DC 20004
  202-239-3067
  Fax: 202-239-3333
  Email: brian.frey@alston.com

- Anne J Martin
  Alston & Bird LLP
  950 F St NW
  Washington, DC 20004
  202-239-3274
  Email: anne.martin@alston.com

- Brian D. Boone
  Alston & Bird LLP
  1120 South Tyron Street Ste 300
  Charlotte, NC 28203
  7044441000
  Fax: 7044441111
  Email: brian.boone@alston.com

- Matthew P. Hooker
  Alston & Bird LLP
  1120 South Tryon Street, Suite 300
  Charlotte, NC 28203
  704-444-1251
  Fax: 704-444-1111
  Email: matthew.hooker@alston.com

- Michael Kaeding
  Alston & Bird LLP
  555 Fayetteville Street
  Suite 600
  Raleigh, NC 27601
  919-862-2208
  Email: mike.kaeding@alston.com

- Nicholas A. Young
  Alston & Bird LLP
  555 Fayetteville Street
  Suite 600
  Raleigh, NC 27601
  919-862-2291
  Fax: 919-862-2260
  Email: nick.young@alston.com

- Conor Brendan O Croinin
  Zuckerman Spaeder LLP
  100 E Pratt St Ste 2440
  Baltimore, MD 21202-1031
  14103320444
  Fax: 14106590436
  Email: cocroinin@zuckerman.com

- Ezra B. Marcus
  Zuckerman Spaeder LLP
  1800 M Street, N.W., 10th Floor
  Washington, DC 20036
  2027781814
  Fax: 2028228106
  Email: emarcus@zuckerman.com

- Eric Robert Delinsky
  Zuckerman Spaeder LLP
  1800 M St NW Ste 1000
  Washington, DC 20036
  12027781800
  Fax: 12028228106
  Email: edelinsky@zuckerman.com

- Samantha Adams Miller Kavanagh
  Zuckerman Spaeder LLP
  100 E Pratt Street
  Suite 2440
  Baltimore, MD 21202
  410-949-1179
  Fax: 410-659-0436
  Email: skavanagh@zuckerman.com

Matthew J. Maddox
United States District Judge

6