**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division**

| | |
|---|---|
| ANNE ARUNDEL COUNTY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:24-cv-00090-MJM |
| | ) |
| EXPRESS SCRIPTS, INC., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO
FEDERAL RULE 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Anne Arundel County, and its counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against all Defendants.

Date: May 5, 2026

Respectfully submitted,

ANNE ARUNDEL COUNTY, MARYLAND

By counsel,

*/s/Elizabeth Smith*
Elizabeth Smith, *pro hac vice*
Linda Singer, *pro hac vice*
401 9th Street NW, Suite 630
Washington, DC 20004
Tel: (202) 386-9627
esmith@motleyrice.com
lsinger@motleyrice.com

*/s/Hamilton F. Tyler*
Gregory J. Swain (Federal Bar No. 11793)
County Attorney
Hamilton F. Tyler (Federal Bar No. 09423)
Deputy County Attorney
Anne Arundel County Office of Law

1

2660 Riva Road, 4th Floor
Annapolis, Maryland 21401
Phone: (410) 222-7888
gregory.swain@aacounty.org
htyler@aacounty.org

*Attorneys for Anne Arundel County, Maryland*

2